UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERNON G. RICHARDSON**,<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**AKAL SECURITY, INC.,**<br><br>　　　　**Defendant.** | Case No. 1:15-cv-01758-CKK |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Akal Security, Inc., ("Defendant") hereby submits its Corporate Disclosure Statement, in compliance with Federal Rules of Civil Procedure 7.1:

　　1)　　Defendant Akal Security, Inc.'s parent corporation is <u>KIIT Company</u>, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

　　2)　　Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of <u>KIIT Company</u>.

　　3)　　Defendant states that the following publicly held corporations own 10% or more of its stock:  None.

2.

Dated:  January 8, 2016

Respectfully submitted,

**LITTLER MENDELSON, P.C.**

/s/ *Ethan D. Balsam*
Ethan D. Balsam (Bar No. 975239)
ebalsam@littler.com
815 Connecticut Avenue, N.W., Suite 400
Washington, DC  20006
Tel: 202.842.3400
Fax: 202.842.0011

*Counsel for Defendant*
*Akal Security, Inc.*

2.

3.

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Robert Cashdan
Cashdan & Kane, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

John W. Griffin, Jr.
Marek, Griffin & Knaupp
203 North Liberty Street
Victoria, Texas 77901

*Attorneys for Plaintiff*

                                                     */s/ Ethan D. Balsam*
                                                    Ethan D. Balsam